# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
## (Eastern Division)

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>       Plaintiff/Judgment Creditor,<br>v.<br><br>INNER CITY NURSING HOME, INC.,<br><br>       Defendant/Judgment Debtor. | Civil Action No.: 1:24-cv-2025-DAP<br><br><br><br><br>**ORDER AND NOTICE OF NON-WAGE GARNISHMENT AND ANSWER OF GARNISHEE** |

## SECTION A. COURT ORDER AND NOTICE OF GARNISHMENT

To: FHS Cedar, Inc. d/b/a The Gardens of Fairfax Healthcare Center, Garnishee

The judgment creditors in the above case have filed an affidavit, satisfactory to the undersigned, in this court stating that you may have money, property, or credits, other than personal earnings, in your possession or under your control that belong to judgment debtor.

You are therefore ordered to complete the "ANSWER OF GARNISHEE" in section B of this form. Return one completed and signed copy of this form to the clerk of this court within five (5) business days after you receive this order of garnishment. Deliver one completed and signed copy of this form and the accompanying documents entitled "NOTICE TO THE JUDGMENT DEBTOR" and "REQUEST FOR HEARING" to the judgment debtor. Keep the other completed and signed copy of this form for your files.

The total probable amount now due on this judgment is $109,259.75. The total probable amount now due includes the unpaid portion of the judgment in favor of the judgment creditor, which is $108,319.28, plus post-judgment interest totaling $940.47 through February 20, 2025, which is increasing at the rate of $23.04 per day until the judgment is satisfied.

You are also ordered to hold safely anything of value that belongs to the judgment debtor and that has to be paid to the court, as determined under the "ANSWER OF GARNISHEE" in section (B) of this form, but that is of such nature that it cannot be so delivered, until further order of the Court.

Witness my hand and the seal of this court this __26th__ day of __February__, 20 __25__.

                                                                  _____
                                                                  United States District Judge

## SECTION B. ANSWER OF GARNISHEE

Now comes FHS Cedar, Inc. d/b/a The Gardens of Fairfax Healthcare Center, Garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

Yes _____ No _____

If yes, give the amount over $400: $_____

2. That property is described as:_____
_____

3. If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.

4. If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the clerk of this court.

5. If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: _____

Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.

6. If the answer to line 1 is "no," sign and return this form to the clerk of this court.

ANSWER DATE OF THE GARNISHEE_____
(A copy of this answer, with or without any payment that may be due, must be returned to the clerk of this court prior to the above answer date)

I certify that the statements above are true.
FHS Cedar, Inc. d/b/a The Gardens of Fairfax Healthcare Center, Garnishee

_____
(Print Name and Title of Person Who Completed Form)

Signed_____
(Signature of Person Completing Form)

Dated this _____ day of _____, 2025

**Mail a completed copy of this form to the Office of the Clerk, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113.**

**Immediately deliver one completed copy of this form to the judgment debtor.**